# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| TYLON C. OUTLAW<br>　　　Plaintiff | : No.: 3:07CV01769 (GWC)<br>:<br>: |
| v. | :<br>: |
| CITY OF HARTFORD, DETECTIVE<br>TROY GORDON AND OFFICER MICHAEL<br>ALLEN<br>　　　Defendants | :<br>:<br>:<br>: December 21, 2015 |

## DEFENDANTS' PROPOSED SUPPLEMENTAL JURY CHARGE

The defendants note that on page 16 of the original proposed charge there is a reference to negligent infliction of emotional distress, which does not apply and that section is withdrawn.

### 9.　　The Intentional Infliction of Emotional Distress

　　1.　　The plaintiff has also pled a claim for intentional infliction of emotional distress. In order to recover damages on a claim for intentional infliction of emotional distress it must be shown: (1) that the actor intended to inflict emotional distress; or that he or she knew or should have known that emotional distress was a likely result of his conduct; (2) that the conduct was extreme and outrageous; (3) that the defendant's conduct was the cause of the plaintiff's distress; and (4) that the emotional distress sustained by the plaintiff was severe.

　　2.　　Liability for intentional infliction of emotional distress requires conduct that exceeds all bounds usually tolerated by decent society. Liability has

been found only where the conduct has been so outrageous in character, and so extreme in degree, as to go beyond all possible bounds of decency, and to be regarded as atrocious, and utterly intolerable in a civilized community. Generally, the case is one in which the recitation of facts to an average member of the community would arouse his resentment against the actor, and lead him to exclaim, "Outrageous!" Conduct that is merely insulting or displays bad manners or results in hurt feelings is insufficient to form the basis for an action based upon intentional infliction of emotional distress.

**Authority**: Petyan v. Ellis, 200 Conn. 243, 253-54 (2003).

DEFENDANTS DETECTIVE TROY
GORDON AND OFFICER MICHAEL ALLEN,

By/s/William J. Melley III
   William J. Melley III
   250 Hudson Street
   Hartford, CT 06106
   Phone: (860) 247-9933
   Fax: (860) 247-9944
   Federal Bar No.: ct06355

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TYLON C. OUTLAW<br>    Plaintiff<br><br>v.<br><br>CITY OF HARTFORD, DETECTIVE<br>TROY GORDON AND OFFICER MICHAEL<br>ALLEN<br>    Defendants | : No.: 3:07CV01769 (GWC)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: December 21, 2015 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON December 21, 2015 a copy of the foregoing Proposed Supplemental Jury Charge was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ William J. Melley III
William J. Melley III
Fed. Bar No.: ct 06355
Law Offices of William J. Melley
250 Hudson Street
Hartford, Ct 06106
Tel: 860-247-9933
Fax: 860-247-9944
Email: wjmelley@wjmelley.com