UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TYLON C. OUTLAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:07-cv-01769-GWC |
| | ) |
| CITY OF HARTFORD, DETECTIVE TROY GORDON and OFFICER MICHAEL ALLEN, | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT ORDER

Following a jury trial held between January 4 and January 8, 2016, and based upon the verdict returned at the conclusion of the trial (Doc. 172) and upon consideration of the stipulated reduction to the jury verdict agreed upon by the parties (Doc. 167), the Court enters judgment in favor of Plaintiff Tylon C. Outlaw and against Defendant Michael Allen as follows:

$46,000 – past and future medical expenses

$408,197 – pain and suffering

$454,197 – total judgment amount.

Based upon the jury verdict, the Court enters judgment in favor of Defendant Troy Gordon. On the basis of a summary judgment decision previously entered in this case on April 6, 2015, (Doc. 109), the Court enters final judgment in favor of Defendant City of Hartford.

Interest shall accrue as provided by law.

Dated this 12th day of February, 2016.

/s/
_____
Geoffrey W. Crawford, U.S. District Judge