**Federal Rules of Appellate Procedure Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of Connecticut

File Number 3:07-cv-01769-GWC

| | |
|---|---|
| Tylon C. Outlaw <br>     *Plaintiff,* <br> v. <br><br> City of Hartford, et al. <br>     *Defendant.* | THIRD CORRECTED *RJR* <br> Notice of Appeal |

Notice is hereby given that the Plaintiff, Tylon C. Outlaw, (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the Second Circuit (from the final judgment) ~~(from an order (describing it))~~ *RJR* entered in this action on the 12th day of February, ~~19~~ 2016 *RJR*

/s/
Raymond J. Rigat, Esq.
Attorney for
Tylon C. Outlaw
Address:
23 East Main Street, Clinton, CT 06413

*See Rule 3(c) for permissible ways of identifying appellants

## CERTIFICATION

I hereby certify that on February 18, 2016, a copy of the foregoing "Third Corrected Notice of Appeal" was sent via CM-ECF filing, to the following:

Nathalie Feola-Guerreri, Esq.
Senior Assistant Corporation Counsel
550 Main Street-Suite 210
Hartford, CT 06103; AND

William J. Melley, III, Esq.
250 Hudson Street
Hartford, CT 06106

_____
Raymond J. Rigat